```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


CANDY ROBINSON                               CIVIL ACTION

VERSUS                                       No. 17-41

TARC                                         SECTION: "J"(2)
```

### ORDER

Considering the *Joint Motion to Approve Confidential Settlement Agreement* **(Rec. Doc. 31)**,

**IT IS HEREBY ORDERED** the Confidential Settlement Agreement, filed under seal, is hereby **APPROVED**.

New Orleans, Louisiana this 5th day of March, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE