UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANDY ROBINSON | CIVIL ACTION |
| VERSUS | No. 17-41 |
| TARC | SECTION: "J"(2) |

### ORDER

Considering the *Joint Motion to Dismiss with Prejudice* **(Rec. Doc. 37)**,

**IT IS HEREBY ORDERED** the motion is **GRANTED**. All of Plaintiff's claims in the above-captioned matter are hereby **DISMISSED with prejudice**, with each party to bear its own costs.

New Orleans, Louisiana this 29th day of May, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE